UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAFIC SHIMONOV,

        Plaintiff,

-against-

SOVEREIGN TRANSPORTATION, INC.,
REGINA GRANOVSKY, TEMANA ASSOCIATES,
INC. and ROMAN MAYVALDOV,

        Defendants.

---

12-CV-1462 (RRM) (JO)

STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all the parties herein, that this action is dismissed with prejudice, without costs to any party, against Defendants Sovereign Transportation, Inc. and Regina Granovsky. This Stipulation may be filed with the Court without further notice to any party.

Dated: July __, 2012

_____
David Harrison
Attorney for Plaintiff
Rafic Shimonov
Harrison, Harrison & Associates, Ltd.
110 Highway 35, 2nd Floor
Red Bank, NJ 07701

_____
Netanel Newberger
Attorney for Defendants
Sovereign Transporation, Inc. and
Regina Granovsky
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042

SO ORDERED:

_____
U.S.D.J.

6